# INFANT.

## WILBER *v.* GRACE, 10 J. R. 453.
### In S. Ct. 10 J. R. 68.

### *Infant ; Militia Substitute.*

WHERE an infant, under 18 years of age, and not liable to be enrolled in the militia, agreed, with the consent of his father, to go as a substitute for another, (who was drafted into actual service,) for a certain sum of money, which was paid, the Supreme Court held, that such contract was not binding on the infant.

The Court of Errors held, that such a contract was valid; and that if such substitute deserts the service of the United States, he may be lawfully arrested as a deserter ; and that the officer commanding the arrest, or the person apprehending him, is not liable to an action. The judgment of the Supreme Court was accordingly *reversed.*